James N. Leik
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: (907) 279-8561
Facsimile: (907) 276-3108
JLeik@perkinscoie.com

Daniel P. Elms
**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
Telephone: (214) 740-1400
Telecopy: (214) 740-1499
daniele@bellnunnally.com

**Attorneys for Defendant**
**Trimble Navigation Limited**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECREATIONAL DATA SERVICES, LLC,

Plaintiff,

v.

TRIMBLE NAVIGATION LIMITED, CABELA'S INCORPORATED, AT& T MOBILITY, LLC and ALASCOM, INC.,

Defendants.

Case No. 3:11-CV-00195-TMB

**DEFENDANT TRIMBLE NAVIGATION LIMITED'S MOTION TO DISMISS UNDER RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Trimble Navigation Limited moves to dismiss Plaintiff Recreational Data Services, Inc.'s

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Complaint. This Motion is supported by Trimble Navigation Limited's Brief in Support of Motion to Dismiss Under Rule 12(b)(6), submitted with this Motion.

DATED: October 11, 2011.

Respectfully submitted,

By: s/ Daniel P. Elms

Daniel P. Elms
Texas Bar No. 24002049
**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
Telephone: (214) 740-1400
Telecopy: (214) 740-1499

James N. Leik
Alaska Bar No. 8111109
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone: (907) 263-6923
Facsimile: (907) 276-3108

**ATTORNEYS FOR DEFENDANT TRIMBLE NAVIGATION LIMITED**

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Case 3:11-cv-00195-TMB Document 9 Filed 10/11/11 Page 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 11, 2011, a true and correct copy of the foregoing **Defendant Trimble Navigation Limited's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6)** was served electronically on the following:

Christopher D. Cyphers
**Frontier Law Group, LLC**
333 West 4th Avenue, Suite 311
Anchorage, Alaska 99501

*Attorneys for Plaintiff Recreational Data Services, LLC*

Jennifer Coughlin
**K&L GATES LLP**
420 L Street, Suite 400
Anchorage, AK 99501-1971

*Attorneys for Defendants Cabela's Incorporated and AT&T Mobility, LLC*

s/ James N. Leik
James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108