CHRISTOPHER D. CYPHERS
chirs@frontierlawgroup.com
**FRONTIER LAW GROUP, LLC**
333 W. 4th Ave., Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101
**Attorneys for Plaintiff**
**Recreational Data Services, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RECREATIONAL DATA SERVICES, LLC, an Alaska Limited Liability Company,<br><br>       Plaintiff,<br><br> v.<br><br>TRIMBLE NAVIGATION LIMITED, a California corporation, CABELA'S INCORPORATED, a Delaware corporation, AT&T MOBILITY, LLC., a Delaware corporation, and ALASCOM, INC., an Alaska corporation ,<br><br>       Defendants. | Case No. 3:11-CV-00195- TMB |

**MOTION REQUESTING LEAVE OF THE COURT**
**TO FILE A PROPOSED AMENDED COMPLAINT**

  Recreational Data Services, LLC ("RDS"), requests leave from this Court to file a

proposed amended complaint. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil

Procedure "a party may amend its pleading only with the opposing party's written consent

Motion Requesting Leave of the Court to File an Amended Complaint
*Recreation Data Services, Inc. v. Trimble Navigation Limited, et al.,* Case No. 3:11-CV-00195-TMB
Page 1 of 3

Case 3:11-cv-00195-TMB Document 43 Filed 01/11/12 Page 1 of 3

**FRONTIER LAW GROUP, LLC**
333 W. 4th Ave., Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

or the Court's leave."[1] That rule goes further to state that "[t]he Court should freely give leave when justice so requires."[2] When addressing whether leave should be granted the Court "must remain guided by 'the underlying purpose of Rule 15 . . . to facilitate decision on the merits, rather than on the pleadings or technicalities.'"[3]

Plaintiff is requesting leave to amend its complaint in order to supplement the original complaint with information developed since filing that complaint in order to have RDS's claims decided on the merits. The amendments and accompanying attachments, to the original complaint are quite extensive and should replace the original complaint in its entirety. RDS is merely attempting to incorporate evidence not generally available at the time of filing the original complaint.

Due to the importance of the relief sought by the Plaintiff, seriousness of the claims against the defendants, and the fact that discovery has not yet commenced for this matter, it is in the interest of justice that the Court grant leave as requested.

DATED this 11th day of January, 2012.

FRONTIER LAW GROUP LLC

By:/s/Christopher D. Cyphers
   Christopher D. Cyphers, Alaska Bar No. 9812085
   Attorneys for Plaintiffs, Recreation Data
   Services, Inc.

---

[1] Fed. R. Civ. P. 15(a)(2)
[2] See *id.*
[3] *Lopez v. Smith*, 203 F.3d 1122, 1128 (Court of Appeals, 9th Cir. 2000) (Citing *Noll v. Carlson*, 809 F.2d 1446,1448 (Court of Appeals 9th Cir. 1987))

Motion Requesting Leave of the Court to File an Amended Complaint
*Recreation Data Services, Inc. v. Trimble Navigation Limited, et al.,* Case No. 3:11-CV-00195-TMB
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2012, a true and correct copy of the foregoing Motion Requesting Leave of the Court to File an Amended Complaint was served electronically on the following:

| | |
|---|---|
| Jennifer Coughlin<br>K&L Gates, LLP<br>420 L Street, Suite 400<br>Anchorage, AK 99501-1971<br><br>David Bateman<br>K&L Gates, LLP<br>925 Fourth Avenue<br>Seattle, WA 98104<br>Attorneys for Defendants:<br>Cabela's Incorporated, AT&T Mobility, LLC, and Alascom, Inc. | James Leik<br>Perkins Coie, LLP<br>1029 West Third Avenue, Suite 300<br>Anchorage, AK 99501-1981<br><br>Daniel Elms<br>Bell, Nunnally & Martin, LLP<br>3252 McKinney Avenue, Suite 1400<br>Dallas, TX 75204<br>Attorneys for Trimble Navigation LTD |

By: /s/Christopher D. Cyphers
Christopher D. Cyphers, Alaska Bar No. 9812085
Attorneys for Plaintiffs, Recreation Data Services, Inc

**FRONTIER LAW GROUP, LLC**
333 W. 4th Ave., Ste. 311
Anchorage, Alaska 99501
Ph: (907) 272-9100
Fx: (907) 272-9101

Motion Requesting Leave of the Court to File an Amended Complaint
*Recreation Data Services, Inc. v. Trimble Navigation Limited, et al.,* Case No. 3:11-CV-00195-TMB
Page 3 of 3

Case 3:11-cv-00195-TMB   Document 43   Filed 01/11/12   Page 3 of 3