## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RECREATIONAL DATA SERVICE, LLC.,
     Plaintiff,

                    Case Number 3:11-cv-00195-TMB

v.

TRIMBLE NAVIGATION LIMITED, et al,
     Defendant.        **JUDGMENT IN A CIVIL CASE**


_   **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX   **DECISION BY COURT.**  This action came before the court.  The issues have been duly considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT this matter is hereby REMANDED to the Superior Court of the State of Alaska, Third Judicial District at Anchorage.


APPROVED:


   s/TIMOTHY M. BURGESS
TIMOTHY M. BURGESS
United States District Judge

    MAY 14, 2012
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                  MARVEL HANSBRAUGH
                  Marvel Hansbraugh,
                   Clerk of Court

[311cv195TMB Judgment remanding matter to State Court.wpd]{JMT2.WPT*Rev.3/03}